# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00552-CV

**Raghunath Dass, P.E., Appellant**

**v.**

**Texas Board of Professional Engineers, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-14-000568, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Raghunath Dass, P.E. filed his notice of appeal on August 29, 2014. Appellant's counsel requested and received three extensions of time to file the appellant's brief. He has now filed a motion, to which appellee's counsel is opposed, seeking a fourth extension of time to file the brief until March 19, 2015.

We grant in part the motion for extension of time and order appellant's counsel to file the brief no later than March 5, 2015. If appellant's brief is not filed by that date, the Court may dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

It is ordered on February 18, 2015.

Before Chief Justice Rose, Justices Goodwin and Field